Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

___EASTERN___ District of ___TENNESSEE___

___EASTERN___ Division



FILED
JAN 27 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | |
|---|---|
| Mr. KEENEN STRAWDER<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>STATE OF TN KNOX CO. MTJD C/RICHARD BEAN, ET AL.,<br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: (check one) ☑ Yes ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: mr. Keenan Strawder,
Address: Knox Co Sheriff's office 5001 Maloneyville Road.
Knoxville (City)  Tn (State)  37918 (Zip Code)
County: Knox Co.
Telephone Number: (865) 281-6700
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: mr Timothy Erwin,
Job or Title (if known): Juvenile Judge
Address: 3323 Division Street
Knoxville (City)  Tn (State)  37919 (Zip Code)
County: Knox County
Telephone Number: 865 281-6700
E-Mail Address (if known):

☐ Individual capacity  ☑ Official capacity

Defendant No. 2
Name: mr. Dole Wholly
Job or Title (if known): Dist. Atty.
Address: 3323 Division Street
Knoxville (City)  Tn (State)  37919 (Zip Code)
County: Knox Co. or 1272 Lawson White dr. Columbia TN 38401
Telephone Number: ?
E-Mail Address (if known): ??

☐ Individual capacity  ☑ Official capacity

Defendant No. 3
Name: Mr. Christine Kleiser,
Job or Title (if known): Defence atty
Address: 1101 Liberty Street
Knoxville, TN 37919
City / State / Zip Code
County: Knox co.
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: Mr. Tom Spangler,
Job or Title (if known): Knox Co. Sheriff
Address: KCSO 5001 Maloneyville Rd
Knoxville, TN 37918
City / State / Zip Code
County: Knox Co.
Telephone Number: (865) (281)-6700
E-Mail Address (if known):

[ ] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S. for state const. 14th 8th & 5th amend. Equal protection to Law enforcement uniform Admin Procedure Act. of depriving state regulation T.C.A. 37-1-134 (a)(v)(2)(3), ... (4)-(A), 6(B), claim (6) T.C.A. 41-1-403, 20 U.S.C. § 1471 et seq. claim (3) depriving petitioner effective legal counsel T.C.A. 37-1-126/a-1, (12) Also citing Monroe v. Page 365 U.S. 167 (1961) American Criminal Review Pretrial detainees condition of confinement Extended objective standard failure to protect Excessive force, KCSO. human cruelty-confinement-isolation-regulation-Violation. And Double jeopardy crim court convictions.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

color of State & co. Law enforcement, Judicial uniform Admin Procedure Act for juvenile delinquence, and adult ordinance, Statute regulation; Violation

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

claims <1> - <5> Opperated between by institutional (E.S.I.) electronic Storage information, Audio, & Video, from each, uniform Administration Procedure Act, as followed;

Claim <6> Took place at the KCSO, Knox co. Sheriff's Office

B. What date and approximate time did the events giving rise to your claim(s) occur?

Claim <1> - <5> Between 1-23-2023, Oct 13-2023, & 12-8-2023

Claim <6> Active now;

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Claim <1> (Neglect use of force) by M.T.J.D.C. middle TN Juvenile Detention Center and The Richard L. Bean Juvenile Center in Knox Co - uniform Admin Procedure Act deprivation while age 17. Upon a determined Sentence until age 19. by Judge Timothy Erwin, for D.C.S. custody (with program complyance Stipulation v. back to the detention Facility.

12-8-2023 an alleged car Jacking petition was signed by the office of Dist Attny Mr. Dale Holty

Claim <2> uniform Admin. Procedure act deprived plaintiff, of a pre-Notified hearing near or upon 1-23-2023 that neather his parent gardian recived, to transfer plaintiff over to adult custody

Claim <3> Legal Malpractice, My Attny Ms. Christine Kleiser forged forged my required consent after i said no. Where no hearing review - 0 - took place, while transfer was final to adult custody

Claim <4> (Abuse of De-regression) signed Judge/disposition deprive informing the trial court whether signiture was agreed, and the cause for revolking petitoner pre-final Sentence prior to its expiration

claim <5> see added page (4.) → to <4.> →

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Claim <1-5> (cruel unusual punishment), Failure to (uniform Admin Procedure Act) Notice, supported illegal (adult incarceration) (mental Anguishment) destress, loss of civil privilege's, & punitive act's

Claim <3> (Forgerys) & "legal malpractice" caused (mental destress), supporting illegal imprisonment, cruel and unusual punishment, individual caps.

Claim <6> I've suffered mental health illness/ not understanding the Adult-confinment rule reg. while consequently being wrongfully put in naked cells with no covering, nor mattress or cloathing for disciplinary punishment, i don't understand all the while in the K.C.S.O.  like an animal treated in a cage, with the cold A/C constantly blowing causing me to act like an animal, that the cycle continue such cruel and unusual punishment, different that the other prisoner's, consequentaly from the descression of the Juvenile courts abuse by its disposition

(Abuse of descression)

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Claim (1-5) → (Punitive damage) relief, official capacity relief, # 800,000,000.⁰⁰ Eaught hundred - thousand dollar's from the State of TN, Knox Co. Uniform Admin Procedure Act Juvenile court's Law enforcement agency's, report- Failure-procedure- due process court violation

2. Claim <5> (Legal malpractice) consequential/punitive damage> # 75,000.⁰⁰ Seventy Five - thousand dollars, requesting relief  individual capacity, ms. Charline Klieser

3. Claim <6> (Punitive damage) Knox Co. Knox county officials, Uniform Admin. Procedure Act. Violation, human cruel and unusual housing / condition of confinment, punishment # 700,000,000 Seven hundred thousand dollars relief requested!

4. Claim <6> (Punitive damage), state of TN & Knox co, (crim ↓ & Juvenile?) trial-court's, uniform Admin Procedure Act double - Jeupardy, conviction's, ect. # 800,000,000.⁰⁰  Eaught hundred thousand dollars, requested relief. (8th Amend const. violation) confinment, (False imprisonment)!

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/23/2025 A.m.

Signature of Plaintiff: Keenan Strawder,
Printed Name of Plaintiff: Keenan Strawder,

### B. For Attorneys

Date of signing:

Signature of Attorney: Pro Se
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
    City    State    Zip Code
Telephone Number:
E-mail Address:

my affidavit supporting my complaint under penalty of purjury is true to the best of my knowledge K.S.

On The date of october 13th of 2023 I had A Zoom meeting video for my court date. My Judge was Timothy Erwin. I was Located at The Middle Tennessee Juvenile Detention center (MTJDC) in Columbia, TN. my court date was held on video Zoom at The Richard L. Bean Juvenile in Knoxville Tennessee. During That court date I was released To come home Due To other Programs in Knoxville, TN not wanting To accept me. I was 17 Years of age at The time of This court hearing. During The court hearing, Judge Timothy Erwin court ordered me To be in DCS custody until my 19th birthday which is considered A "Determined Sentence". Also I was court ordered To Do Juvenile Shocap with a curfew time for me To be home.

on The Date of December 8th, 2023 Petitions were filed against me for an Alleged carJacking. Those Petitions were signed By District Attorney general Dale Wholly.

On The Date of January 23rd of 2023 I had A motion and order To Transfer To criminal Court hearing. I was never Notified of The hearing, my family was never notified of The hearing, I Never even had a hearing To determine if I should be Transferred or Not, which was a violation of 37-1-134, 37-1-134, 37-1-126

My affidavit supporting my complaint under penalty of purjury is true to the best of my knowlage!
R.S.

And 37-1-127 in which all those codes have laws of the conduct of the hearing, the Notice of the hearing, how the hearing should be held and more. in which all were violated!! My attorney was Christina Kleiser, At the time I was transported to the juvenile for the hearing (which I was not notified) she came and talked to me about transferring to adult court and the possibility of not being to stay in juvenile jurisdiction. I told her that I dissagree with the transfer and told her I need to think on it. She then kept manipulating me to do the transfer and told me I did not have a choice because I was 18 years of age at the time of the transfer hearing. The judge set my bond at a half of a million dollars $(500,000) and told me "I hope you dont make it" before the hearing was over. I refused to sigh the transfer because I did not agree with it. The only signatures are my lawyer and the district attorney. My complaint is with Knoxville Juvenile court, my attorney, and Knoxville Department of children services which is apart of the state.

R.S.

Page 2 of 2      1-23-25

Natural Law

Jailhouse Lawyer Handbook
Avvo Action (CCR)
your right to use of
court
4 Dealing with Retaliation
Olim v Wakinekona
Calhoun v. Hargone