UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| KEMIAN STRAWDER, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No.: 3:25-CV-38-TAV-JEM |
| TIMOTHY ERWIN, *et al.*, | ) |
| Defendants. | ) |

### ORDER

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on November 5, 2025 [Doc. 11]. In the R&R, Judge McCook granted plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [*Id.* at 1; *see* Doc. 2]. However, after screening the complaint, Judge McCook recommended that the Court dismiss plaintiff's amended complaint [Doc. 11, p. 10; *see* Doc. 10]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After a careful review of the matter, the Court agrees with the magistrate judge's recommendations. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 11]. Accordingly, it is hereby **ORDERED** that plaintiff's case is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case. A separate judgment order will follow.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE