UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| KEMIAN STRAWDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:25-CV-38-TAV-JEM |
| | ) |
| TIMOTHY ERWIN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **JUDGMENT ORDER**

For the reasons stated in the accompanying order, this case is **DISMISSED**. As no matters remain for adjudication, the Court **DIRECTS** the Clerk of Court to **CLOSE** the case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT